OFFICE OF DISCIPLINARY COUNSEL, Respondent

v.

Daniel MCINTYRE, Petitioner

No. 16 EM 2017

Supreme Court of Pennsylvania.

March 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of March, 2017, the Petition Pursuant to Pa.R.J.A.

1701 for Allowance of a Subpoena Directed to a Sitting Common Pleas Judge is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.